

**IN THE
TENTH COURT OF APPEALS**

———————————

**No. 10-22-00052-CR**

**IN RE LAWRENCE RAY DOUGLAS**

———————————

**Original Proceeding**

**From the 82nd District Court
Falls County, Texas
Trial Court No. 6442**

---

**MEMORANDUM OPINION**

---

On February 22, 2022, Lawrence Ray Douglas filed a Petition for Writ of Mandamus seeking to have this Court "compel the convicting court, as a matter of law, to make its findings and conclusions of law and, if necessary, to conduct an evidentiary hearing without further delay." On March 9, 2022, this Court requested a response to the Petition for Writ of Mandamus. On March 29, 2022, the trial court notified this Court that it had made the requested findings of fact and conclusions of law and that the findings had been served on Douglas. Accordingly, Douglas's Petition for Writ of Mandamus is now moot and is dismissed for want of jurisdiction.

STEVE SMITH
Justice

Before Chief Justice Gray,
　　Justice Johnson,
　　and Justice Smith
Petition dismissed
Opinion delivered and filed April 6, 2022
Do not publish
[OT06]

